Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
Telephone: (702) 892-3500
Facsimile:  (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP J. LYONS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES G. COX, et al.,<br><br>　　　　　　　Defendants. | Case No.:  2:14-CV-00046-RFB-NJK<br><br>**APPLICATION FOR LEAVE TO APPEAR FOR THE LIMITED PURPOSE TO PARTICIPATE IN COURT-ORDERED SETTLEMENT DISCUSSIONS** |

　　　　Travis N. Barrick, Esq., of the law firm GALLIAN WELKER & BECKSTROM, LC, hereby submits his Application for Leave to Appear for the Limited Purpose to Participate in Court-Ordered Settlement Discussions on behalf of the plaintiff, Mr. Lyons.

　　　　Pursuant to the Court's Screening Order of November 14, 2014 (#7), the Court has ordered a 90-day stay of the proceedings for the purpose of settlement discussions between the parties.

　　　　Presently, Mr. Lyons is appearing in pro per status and Mr. Barrick is not his counsel of record in the instant matter.

　　　　Mr. Lyons has communicated with Mr. Barrick regarding the nature of the pending claims in this matter and his belief that Mr. Barrick's involvement will be of assistance in resolving the matter in the Court-Ordered Settlement Discussions. In fact, Mr. Barrick was trial

counsel for Mr. Lyons in the underlying action: 3:05-cv-00400-JCM-VPC.

Mr. Barrick has had previous dealings (i) with the Court in a similar matter that resolved successfully and (ii) with defense counsel from the Attorney General's Office in other matters.

Mr. Barrick notes that all the Defendants will be represented by counsel and, in all fairness, Mr. Lyons would likely benefit by Mr. Barrick's limited appearance.

Mr. Barrick requests the Court's leave to appear on behalf of Mr. Lyons during the period of Court-Ordered Settlement Discussions only.

DATED this 12th day of January, 2015.

By: ___/s/ Travis N. Barrick_____
Travis N. Barrick, # 9257
GALLIAN WELKER
 & BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117

## ORDER

**GOOD CAUSE APPEARING**, it is hereby ordered that

1.     Mr. Barrick is granted leave to participate for the limited purpose of Court-Ordered Settlement Discussions only.

DATED:  January 14,         2015.

By: _____
United States Magistrate Judge

- 2 -