# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP J. LYONS,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>JAMES G. COX, *et al.*,<br><br>　　　　　　Defendant(s). | Case No. 2:14-cv-00046-RFB-NJK<br><br>**ORDER REGARDING INMATE EARLY MEDIATION CONFERENCE** |

　　　The screening order issued by the Court indicated that the Court would determine whether to refer this case to the Inmate Early Mediation Program. *See* Docket No. 7 at 8. Since that time, the Court has received several notices in response. Nevada Deputy Attorney General Frederick Perdomo filed a notice of limited appearance on behalf of Defendants Cox, Geddes, Cortez Masto, and Williams. *See* Docket No. 10. Attorneys Ashlee Fletcher and Gina Winspear filed a notice of limited appearance on behalf of Defendant Collins. Docket No. 14. Assistant United States Attorney Troy Flake has filed a notice that he is willing to attend a settlement conference, but not appear, as to Defendant Hoye. Docket No. 15. Attorney Travis Barrick has also filed an application to make a limited appearance on Plaintiff's behalf to engage in settlement discussions, *see* Docket No. 16, which the Court is granting by separate order.

　　　The Court hereby **ORDERS** the above attorneys to meet-and-confer, no later than January 27, 2015, regarding whether referral of this case to the Inmate Early Mediation Program is advisable. If so, counsel should discuss how such a mediation should be conducted in light of the numerous parties

and differing legal representation, as well as whether attendance by an appropriate representative with full settlement authority is practicable as to each defendant. Counsel should also determine at least three upcoming Fridays on which all necessary participants are available to attend any mediation. Alternatively, counsel should discuss whether it is more appropriate in this case for the Court to order that informal settlement discussions occur without further Court involvement.

      The parties are further **ORDERED** to submit, no later than February 3, 2015, a joint status report reflecting the parties' positions as to the above.

      The Clerk's Office is **INSTRUCTED** to serve a copy of this order on Assistant United States Attorney Troy Flake.

      IT IS SO ORDERED.

      DATED: January 14, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE