UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP J. LYONS,<br><br>                  Plaintiff(s),<br><br>vs.<br><br>JAMES G. COX, *et al.*,<br><br>                  Defendant(s). | Case No. 2:14-cv-00046-RFB-NJK<br><br>**ORDER REGARDING INMATE EARLY MEDIATION CONFERENCE** |

The screening order issued by the Court indicated that the Court would determine whether to refer this case to the Inmate Early Mediation Program. *See* Docket No. 7 at 8. Since that time, the Court has received several notices in response. Nevada Deputy Attorney General Frederick Perdomo filed a notice of limited appearance on behalf of Defendants Cox, Geddes, Cortez Masto, and Williams. *See* Docket No. 10. Attorneys Ashlee Fletcher and Gina Winspear filed a notice of limited appearance on behalf of Defendant Collins. Docket No. 14. Assistant United States Attorney Troy Flake has filed a notice that he is willing to attend a settlement conference, but not appear, as to Defendant Hoye. Docket No. 15.

The Court ordered the above counsel to confer regarding referring this case to the Inmate Early Mediation Program. Docket No. 18. The parties have now filed a joint status report indicating that referral is not advisable and, instead, seek a 60-day period in which to attempt to settle the case informally. *See* Docket No. 19.

     In light of the joint status report, the Court will not refer this case to the Inmate Early Mediation Program. Instead, the Court will provide a 60-day period in which counsel and the parties may attempt to settle the case on an informal basis. No later than April 3, 2015, the parties shall file a joint report indicating the status of the case.

     IT IS SO ORDERED.

     DATED: January 29, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE