**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PHILLIP J. LYONS,          )

       Plaintiff,     )

     v.          )       2:14-cv-46-RFB-NJK

JAMES G. COX et al.,      )       **ORDER**

       Defendants.    )

_____ )

**I.     DISCUSSION**

On November 14, 2014, this Court entered a screening order staying the case for 90 days to give Plaintiff and Defendants Collins, Hoye, and the NDOC defendants an opportunity to settle their dispute.  (ECF No. 7 at 8-9).  On April 3, 2015, the parties filed a joint status report indicating that Plaintiff had settled with Defendant Charlotte Collins, Warden of Nevada Southern Detention Center.  (ECF No. 21 at 1).  Plaintiff's attorney, Travis N. Barrick, Esq., who appeared for the limited purpose of participating in the court-ordered settlement discussions, has also requested to be relieved of his limited appearance.  (ECF No. 21 at 1; *see* ECF No. 16).

In response to the joint status report, the Court directs Plaintiff's attorney to file a stipulation of dismissal between Plaintiff and Defendant Collins on or before April 17, 2015. After Plaintiff's attorney submits the stipulation of dismissal between those two parties, Plaintiff's attorney shall file a proposed order removing himself from this case.

. . . .

. . . .

. . . .

**II.      CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's attorney, Travis N. Barrick, Esq., shall file a stipulation of dismissal between Plaintiff and Defendant Collins on or before April 17, 2015.

IT IS FURTHER ORDERED that, after Plaintiff's attorney has filed the stipulation of dismissal, Plaintiff's attorney shall file a proposed order removing himself from this case.

DATED: This 6th day of April, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge