Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
Telephone: (702) 892-3500
Facsimile:  (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff*
*for Limited Purposes*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILLIP J. LYONS,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES G. COX, et al.,<br><br>    Defendants. | Case No.:  2:14-CV-00046-RFB-NJK<br><br>**MOTION TO EXTEND TIME**<br>**TO COMPLY WITH ORDER**<br>**(#22)** |

   Plaintiff, Phillip J. Lyons, hereby submits his Motion to Extend Time to Comply with Order (#22).

   On April 4, 2015, the parties filed their Joint Status Report (#21), wherein it was reported to the Court that Mr. Lyons had agreed to settle with the Defendant, Charlotte Collins, Warden of NSDC.

   On April 7, 2015, the Court entered its Order, requiring Mr. Lyons to file a stipulation of dismissal regarding Ms. Collins, on or before April 17, 2015.

   Between April 4, 2015 and the date of this Motion, Ms. Fletcher, counsel for Ms. Collins, and Mr. Barrick, counsel for Mr. Lyons, have discussed the details of the settlement, and exchanged proposed settlement agreements, but no final document has been produced.

   In addition, because Mr. Lyons is incarcerated, and mail between Mr. Barrick and

Mr. Lyons takes many days, there has not been enough time to finalize a settlement agreement.

As a result, Mr. Lyons is requesting an additional 30 days to file a stipulation of dismissal in this action.

DATED this 14th day of April, 2015.

By: ___/s/ Travis N. Barrick_____
Travis N. Barrick, # 9257
GALLIAN WELKER
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
tbarrick@vegascase.com
*Attorney for Plaintiff for Limited Purposes*

## ORDER

It is hereby ordered that Mr. Lyons shall have until the 15 th  day of May, 2015, to file his Stipulation of Dismissal with respect to the Defendant, Charlotte Collins.

DATED this 15 th day of April, 2015.

_____
United States MAGISTRATE JUDGE