Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
Telephone: (702) 892-3500
Facsimile:  (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff*
*for Limited Purposes*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PHILLIP J. LYONS,

           Plaintiff,

v.

JAMES G. COX, et al.,

           Defendants.

Case No.:  2:14-CV-00046-RFB-NJK

**ORDER TO REMOVE TRAVIS N. BARRICK AS COUNSEL FOR THE PLAINTIFF**

Pursuant to the Court's Order (#22), Travis N. Barrick, Esq., hereby files his proposed Order to be removed as counsel for the Plaintiff for the reasons set forth below:

1. During the pendency of the Limited Appearance of Mr. Barrick, the Parties engaged in good-faith settlement negations;

2. Mr. Lyons has settled with defendant Charlotte Collins and a Stipulation of Dismissal has been filed.

3. By way of the Joint Status Report (#21), further settlement discussions are not anticipated between the remaining parties.

4. Accordingly, the limited purpose for which Mr. Barrick represented Mr. Lyons has been accomplished.

- 1 -

Case 2:14-cv-00046-RFB-NJK   Document 36   Filed 05/13/15   Page 2 of 2


DATED this 12th day of May, 2015.

By:     /s/ Travis N. Barrick
Travis N. Barrick, # 9257
GALLIAN WELKER
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
tbarrick@vegascase.com
*Attorney for Plaintiff for Limited Purposes*

## ORDER

Good cause appearing, it is hereby ordered that Travis N. Barrick, Esq., is to be removed as counsel for the Plaintiff.

Dated this 13th day of May, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made on the 12th day of May, 2015, by filing in the Court's CM/ECF system and by US Mail, postage prepaid, to the following:

|  | Troy Flake, Esq.<br>Office of the US Attorney<br>333 Las Vegas Blvd. South, #00<br>Las Vegas, NV 89101<br>*Attorneys for US Marshalls Office* |
|---|---|
| Ashlee B. Fletcher, Esq.<br>Struck Wieneke & Love<br>3100 W. Ray Road, Suite 300<br>Chandler, AZ 85226-2473<br>*Attorneys for Warden Charlotte Collins* | Frederick J. Perdomo, Esq.<br>Nevada Office of the Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701<br>*Attorneys for State of Nevada, ex rel Nevada Department of Corrections* |

By: /s/ Travis N. Barrick
An employee of Gallian Welker
& Beckstrom, LC

- 2 -