# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP J. LYONS, | )<br>) |
| Plaintiff(s), | )  Case No. 2:14-cv-00046-RFB-NJK<br>) |
| vs. | )  **ORDER**<br>) |
| JAMES G. COX, *et al.*, | )<br>) |
| Defendant(s). | )<br>) |

This is a prisoner civil rights case involving both state and federal defendants. Generally the Court enters a scheduling order *sua sponte* in prisoner civil rights cases. *See* Local Rule 16-1(b). In this instance, however, the Court finds it preferable for the parties confer and file a joint proposed scheduling order. That joint proposed scheduling order shall be filed no later than August 5, 2015.

IT IS SO ORDERED.

DATED: June 5, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE