**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILLIP J. LYONS,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>JAMES G. COX, et al.,<br><br>                    Defendant(s). | Case No. 2:14-cv-00046-RFB-NJK<br><br>ORDER |

On June 5, 2015, the court ordered the parties to meet-and-confer, and to file a joint proposed discovery plan no later than August 5, 2015.  Docket No. 39.  To date, no such discovery plan has been filed.[1]  The Court once again **ORDERS** the parties to file a joint proposed discovery plan, this time no later than August 13, 2015.  Failure to comply with this order will result in issuance of an order to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED: August 6, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] In the interim, a motion to dismiss was filed by the United States.  Docket No. 41.  The filing of a dispositive motion does not automatically stay parties' discovery obligations.  *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (quoting *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 602-03 (D. Nev. 2011)); *see also Ministerio Roca Solida v. U.S. Dept. Of Fish & Wildlife*, 288 F.R.D. 500, 501, 502 (D. Nev. Jan. 14, 2013) (same in case in which federal defendants brought motion to dismiss asserting sovereign immunity).  If a stay of discovery is sought by any or all parties, an appropriate request must be filed addressing the relevant standards.