UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP J. LYONS,<br>            Plaintiff(s),<br>vs.<br>JAMES G. COX, et al.,<br>            Defendant(s). | Case No. 2:14-cv-00046-RFB-NJK<br>ORDER<br>(Docket No. 50) |

Pending before the Court is the unopposed motion to stay discovery filed by Defendants United States and United States Marshal Christopher Hoye. Docket No. 50. In particular, Defendants seek a stay of discovery pending resolution of their motion to dismiss. *See* Docket No. 41 (motion to dismiss). The Court finds the matter properly resolved without oral argument. *See* Local Rule 78-2. For the reasons discussed below, the motion to stay is hereby **GRANTED**.

"The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). The case law in this District makes clear that requests to stay all discovery may be granted when: (1) the pending motion is potentially dispositive; (2) the potentially dispositive motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the merits of the potentially dispositive motion and is convinced that the plaintiff will be unable to state a claim for relief. *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).[1]

---

[1] Conducting this preliminary peek puts the undersigned in an awkward position because the assigned district judge who will decide the motion to dismiss may have a different view of its merits. *See*

1  Having reviewed the underlying motion to dismiss, the Court finds that these elements are
2  present in this case and **GRANTS** the motion to stay discovery. If the motion to dismiss is not granted
3  in full, the parties shall file a proposed discovery plan within seven days of the issuance of the order
4  resolving the motion to dismiss.

     IT IS SO ORDERED.

     DATED: August 12, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

---

*Tradebay*, 278 F.R.D. at 603. The undersigned's "preliminary peek" at the merits of that motion is not intended to prejudice its outcome. *See id.*