DANIEL G. BOGDEN
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *troy.flake@usdoj.gov*

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP J. LYONS, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 2:14-cv-00046-RFB-NJK |
| v. | )<br>) |
| JAMES G. COX, *et al.*, | )<br>) |
| Defendants. | )<br>) |

### JOINT MOTION TO STAY

Defendants United States of America and United States Marshal Christopher Hoye's Motion to Dismiss (ECF #41) is fully briefed and was heard before the Court on January 21, 2016 (ECF #57). Since the hearing, the parties have engaged in discussions regarding how to proceed with this case.

///

/////

To facilitate these discussions, the parties request that this case be stayed for 45 days until April 7, 2016. The parties will submit a joint status report by April 7, 2016, to update the Court on the status of these discussions.

Respectfully submitted this /9 day of February 2016.

DANIEL G. BOGDEN
United States Attorney

/s/ Phillip J. Lyons
PHILLIP J. LYONS
3117 Palladio Avenue
North Las Vegas, Nevada 89031
*Pro Se Plaintiff*

TROY K. FLAKE
Assistant United States Attorney

*Attorneys for the Defendants*

ORDER

IT IS ORDERED that [60] Joint Motion to Stay is GRANTED. This case is STAYED until April 7, 2016, by which date the parties shall submit a joint status report updating the Court as to whether or how they intend to proceed with this case.

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

DATED this 26th day of February, 2016/