UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| PHILLIP J. LYONS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES G. COX, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-00046-RFB-NJK<br><br>**ORDER**<br><br>Notice of Substitution and Settlement<br>(ECF No. 63)<br>Stipulation to Dismiss Without Prejudice<br>(EFC No. 64) |
|---|---|

　　　　Plaintiff Phillip J. Lyons and Defendants United States of America filed the Notice of Substitution and Settlement (ECF No. 63) and Stipulation to Dismiss Without Prejudice (ECF No. 64).  In light of the resolution reached and pursuant to the agreement of the parties, and the Federal Rule of Civil Procedure 41 (a)(l),

　　　　IT IS ORDERED that the Notice of Substitution of the United States as a defendant in the place of United States Marshal Hoye is GRANTED. (ECF No .63)  Defendant Marshall Hoye is DISMISSED from this case.

1

IT IS FURTHER ORDERED that Plaintiff Phillip J. Lyon and Defendant United States of America's STIPULATION OF DISMISSAL WITHOUT PREJUDICE is GRANTED, with each party to bear its own costs and fees (ECF 64).

DATED this 12th day of May, 2016.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

- 2 -