DANIEL G. BOGDEN
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: troy.flake@usdoj.gov

Attorneys for the United States.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PHILLIP J. LYONS,

    Plaintiff,

v.

JAMES G. COX, et al.,

    Defendants.

Case No. 2:14-cv-00046-RFB-NJK

### STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff Phillip J. Lyons and Defendant United States of America have reached a compromised resolution of this case. Pursuant to the agreement of the parties, and Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby stipulates to dismiss this action WITH PREJUDICE, each party to bear its own costs and fees.

Respectfully submitted this __5__ day of __April__ 2016.

DANIEL G. BOGDEN
United States Attorney

_____
PHILLIP J. LYONS
3117 Palladio Avenue
North Las Vegas, Nevada 89031
Pro Se Plaintiff

_____
TROY K. FLAKE
Assistant United States Attorney
Attorneys for the Defendants

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 29th day of May, 2016.